Case 1:18-cv-04023-ARR-RML   Document 18   Filed 02/03/20   Page 1 of 2 PageID #: 64

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DEVAN BILLUPS,

                               Plaintiff,

   -against-

C.O. "JOHN DOES" 1-10
and THE CITY OF NEW YORK,

                              Defendants.
----------------------------------------------------------------X

18 CV 4023 (ARR) (RML)

ORDER

IT IS HEREBY ORDERED that New York City Health and Hospitals Corporation Correctional Health Services and/or Physician Affiliate Group of New York are to produce, on or before February 13, 2020, at the New York City Law Department, 100 Church Street, New York, New York 10007, ATTN: Kathleen Reilly, Esq., Assistant Corporation Counsel, color full-face portrait photographs of the healthcare personnel hereinbelow named, who were assigned to work at the Vernon C. Bain Center of the New York City Department of Correction on April 22, 2017:

- Theodora Kay-Niemanze, MD
- Erica Smallwood, RN
- Kari Nunez, RN
- Verne Baptiste, LPN
- Dorren Haughton, LPN
- Twanna Stewart, LPN
- Deborah Matteo, PCA

- Georgia Rhule, LPN

Dated: Brooklyn, New York
February 3, 2020

SO ORDERED:

_/s/ Robert Levy_
U. S. M. J.