

| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **KATHLEEN D. REILLY**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2663<br>Fax: (212) 356-3558<br>Email: kareilly@law.nyc.gov |

August 4, 2020

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10007

      Re:   <u>Devan Billups v. City of New York, et al.</u>
             18 CV 4023 (ARR) (RML)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney for defendant City of New York in this matter. I write jointly with plaintiff's counsel, Alan Levine, to provide a status report in accordance with the Court's July 14, 2020 Order. (ECF Docket Entry dated July 14, 2020.)

      By way of background, plaintiff bring this action, pursuant to 42 U.S.C. § 1983, alleging that, on or about April 21, 2017, while he was in Department of Correction ("DOC") custody, he was subjected to violations of his Fourteenth Amendment rights, including, *inter alia*, deliberate indifference to medical needs, negligence, and negligent training and supervision. Since the parties' July 14, 2020 status conference, this Office has continued to work with DOC, in attempts to identify the purported defendants. After conferring with DOC, defendant has identified four (4) correction officers who may have discoverable information regarding the alleged incident, and has disclosed this information to plaintiff. The parties have also conferred regarding this information, and will continue their efforts to identify potential defendant(s) in this matter.

      The parties thank the Court for its time and consideration.

      Respectfully submitted,

      */s/ Kathleen D. Reilly*

      Kathleen D. Reilly
      Assistant Corporation Counsel
      Special Federal Litigation Division

cc: **BY ECF**
Alan D. Levine, Esq., *Attorney for Plaintiff*