

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**KATHLEEN D. REILLY**
*Assistant Corporation Counsel*
Phone: (212) 356-2663
Fax: (212) 356-3558
Email: kareilly@law.nyc.gov

May 18, 2021

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Devan Billups v. City of New York, et al.</u>
                18 CV 4023 (ARR) (RML)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York. I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to respectfully request that the Court issue an Order terminating me as counsel of record for defendant City of New York. The undersigned is leaving the New York City Law Department as of May 28, 2021, and, and as such, will no longer have any involvement in this action.

      I thank the Court for its time and consideration of this request.

Respectfully submitted,

*Kathleen D. Reilly*

Kathleen D. Reilly
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    **BY ECF**
        Alan Levine, Esq., *Attorney for Plaintiff*